UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA, SOUTHERN DIVISION

| | |
|---|---|
| Alisa Carr and Avery Marshall, <br><br> *Plaintiffs*, <br><br> v. <br><br> Detective Sergeant J. Dylan Thomas in his individual and official capacities, Captain Nazareth Hankins in his individual and official capacities, John Does in their individual and official capacities, Lee County, Lee County Sheriff Brian Estes in his official capacity, Pender County, and Pender County Sheriff Alan Cutler in his official capacity, <br><br> *Defendants*. | Case No. 7:25-cv-00583-FL |

**ORDER EXTENDING THE RULE 4(M) DEADLINE**

THE COURT, having considered Plaintiffs' Unopposed Motion to Extend the Rule 4(m) Deadline, GRANTS that motion.

IT IS HEREBY ORDERED that Plaintiffs have until and including 60 days after they receive both the body camera footage the Pender County Defendants have agreed to release under a protective order and the Pender County Defendants' disclosure of the individuals described in Plaintiffs' proposed interrogatory (ECF 32-1) to serve John Doe Defendants, so long as that time occurs before the statute of limitations period has expired.

So ORDERED this 3rd day of July, 2025.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge